IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

        Plaintiff,                    No. 2:11-cv-0806 MCE KJN P

     vs.

MATTHEW CATE, et al.,

        Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        On July 18, 2011, plaintiff was advised that failure to voluntarily dismiss this action, within twenty-one days, would result in an order directing the California Department of Corrections and Rehabilitation to withdraw the appropriate funds from plaintiff's trust account to pay the $350.00 filing fee herein. Twenty-one days have now passed, and plaintiff has not voluntarily dismissed this action. Instead, plaintiff sought an extension of time in which to file objections to the findings and recommendations, which was granted on August 9, 2011.

1         Accordingly, plaintiff is required to pay the statutory filing fee of $350.00 for this
2 action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial
3 partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order,
4 the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's
5 trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for
6 monthly payments of twenty percent of the preceding month's income credited to plaintiff's
7 prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of
8 the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid
9 in full.  28 U.S.C. § 1915(b)(2).

10         In accordance with the above, IT IS HEREBY ORDERED that:

11         1.  Plaintiff's request for leave to proceed in forma pauperis is granted; and

12         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
13 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
14 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
15 Director of the California Department of Corrections and Rehabilitation filed concurrently
16 herewith.

17 DATED:  August 22, 2011

                                        /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

lope0806.ifp